```
PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtor
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re**: | **Case No. 09-71011 EDJ** |
| **EURA FAYE JINKS,** | **Chapter 13** |
| Debtor. _____/ | **MOTION TO MODIFY CHAPTER 13 PLAN** |

The above-named debtor applies to the court for an order to modify her Chapter 13 Plan as follows:

Commencing November 2011, debtor will pay $274.00 per month to the Trustee for thirteen (13) months at which point the plan will be deemed complete. Any plan arrearages shall be forgiven. Unsecured, non-priority creditors shall be paid on a pro-tanto basis.

The modification is sought on the following grounds: Debtor's expenses have increased.

Dated: October 25, 2011

                                                      /s/ Anne Y. Shiau
                                                      Anne Y. Shiau
                                                      Attorney for Debtor